# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**AARON CARLSON, et al.,**

    **Plaintiffs,**

**v.**                                                                 **Case No.  8:11-cv-1292-T-30AEP**

**CAPITAL ONE SERVICES, LLC, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has been advised via an Amended Notice of Pending Settlement as to Defendant Capital One Services, LLC (Dkt. #6) and a Notice of Pending Settlement as to Defendant Global Credit & Collection Services (Dkt. #11) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 15, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-1292.dismissal.wpd